# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160036

*In re* MARGARET E. WHITE TRUST.

_____

GREGORY L. WHITE, Individually and as
Trustee of MARGARET E. WHITE TRUST,
      Appellant,

v

RENATA L. WHITE,
      Appellee.

_____/

SC: 160036
COA: 344361
Shiawassee PC: 15-036678-TT

On order of the Court, the application for leave to appeal the May 9, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

a0323